IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cunigan, Cheryl

Printed: 3/18/08

Case Number: 05 B 62443
Judge: Wedoff, Eugene R
Filed: 10/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 31, 2008
Confirmed: January 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,000.00 |  |
| Secured: |  | 1,187.60 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,601.20 |
| Trustee Fee: |  | 211.20 |
| Other Funds: |  | 0.00 |
| Totals: | 4,000.00 | 4,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,196.20 | 2,196.20 |
| 2. | Robert J Semrad & Associates | Administrative | 405.00 | 405.00 |
| 3. | Drive Financial Services | Secured | 16,768.52 | 1,187.60 |
| 4. | Portfolio Recovery Associates | Unsecured | 32.30 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 44.85 | 0.00 |
| 6. | B-Line LLC | Unsecured | 92.21 | 0.00 |
| 7. | Drive Financial Services | Unsecured | 1,383.17 | 0.00 |
| 8. | SMC Collections | Unsecured | 46.13 | 0.00 |
| 9. | Applied Card System | Unsecured |  | No Claim Filed |
| 10. | Debt Recovery Solutions | Unsecured |  | No Claim Filed |
| 11. | Comcast | Unsecured |  | No Claim Filed |
| 12. | Capital One | Unsecured |  | No Claim Filed |
| 13. | FCNB Preferred Charge | Unsecured |  | No Claim Filed |
| 14. | Fashion Bug | Unsecured |  | No Claim Filed |
| 15. | First National Bank Of Marin | Unsecured |  | No Claim Filed |
| 16. | H & F Law | Unsecured |  | No Claim Filed |
| 17. | Nicor Gas | Unsecured |  | No Claim Filed |
| 18. | H & F Law | Unsecured |  | No Claim Filed |
| 19. | Marshall Field & Company | Unsecured |  | No Claim Filed |
| 20. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 21. | Great American Finance Company | Unsecured |  | No Claim Filed |
| 22. | Park Dansan | Unsecured |  | No Claim Filed |
| 23. | Orchard Bank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 20,968.38 | $ 3,788.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cunigan, Cheryl

Printed: 3/18/08

Case Number: 05 B 62443
Judge: Wedoff, Eugene R
Filed: 10/16/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 88.00 |
| 5% | 20.00 |
| 4.8% | 38.40 |
| 5.4% | 64.80 |
|  | _____ |
|  | $ 211.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

